UNITED STATES of America,
Plaintiff-Appellee,

v.

Arthur Sean WARNER, Defendant-
Appellant.

No. 17-6732

United States Court of Appeals,
Fourth Circuit.

Submitted: October 26, 2017

Decided: November 15, 2017

Arthur Sean Warner, Appellant Pro Se.
Zelda Elizabeth Wesley, Assistant United
States Attorney, Clarksburg, West Virginia, for Appellee.

Before AGEE and FLOYD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Arthur Sean Warner seeks to appeal the
district court's order accepting the recommendation of the magistrate judge and
denying relief on Warner's 28 U.S.C.
§ 2255 (2012) motion. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1)(B) (2012). A certificate
of appealability will not issue absent "a
substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)
(2012). When the district court denies relief on the merits, a prisoner satisfies this
standard by demonstrating that reasonable
jurists would find that the district court's
assessment of the constitutional claims is
debatable or wrong. *Slack v. McDaniel*,
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336-38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debatable, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack*, 529 U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Warner has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*